

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORTH FULTON MEDICAL CENTER, INC.,<br>D/B/A NORTH FULTON HOSPITAL | Criminal No.<br><br>1:16-CR-350-2-AT |

## CONSENT ORDER AND JUDGMENT OF FORFEITURE

WHEREAS, on October 19th, 2016, this Court accepted the guilty plea of the Defendant to the Information and determined, pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure and based upon the plea agreement, that the Defendant committed offenses involving $61,091,618.00, and

WHEREAS, the United States seeks a money judgment against the Defendant in the amount of $61,091,618.00, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $61,091,618.00 pursuant to 18 U.S.C. § 982(a)(7) and 18 U.S.C. § 24(a)(1). The Defendant agrees to satisfy the money judgment within ten (10) days of its sentencing via a wire transfer to the account provided by the United States Marshals Service.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order and that pursuant to Rule 32.2(b)(3), this

Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the Judgment; and

SO ORDERED THIS _19th_ day of October, 2016.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
SALLY B. MOLLOY
Georgia Bar No. 140816
Trial Attorney, Fraud Section, U.S. Department of Justice, Criminal Division

Consented to:

_____                _____
WILLIAM MORRISION                                                KATHRYN H. RUEMMLER
Vice President, Assistant General                              LATHAM & WATKINS, LLP
Counsel                                                                         Outside Counsel,
Tenet Healthcare Corporation                                  Tenet Healthcare Corporation